IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SPCC - ARTHUR, LLC and MARK HAHN FARMS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> JAMIE SPEARS, <br><br> Defendant. | 4:13-CV-3109 <br><br> ORDER |

This matter is before the Court on plaintiff Mark Hahn Farms' Notice of Dismissal with Prejudice (Mark Hahn Farms Only) (filing 8). Pursuant to Fed. R. Civ. P. 41(a), plaintiff Mark Hahn Farms' claims, the first and third claims in the plaintiffs' complaint (filing 1), will be dismissed with prejudice.

IT IS ORDERED:

1. Plaintiff' Mark Hahn Farms' claims are dismissed with prejudice.

2. Mark Hahn Farms is dismissed as a party.

3. Plaintiff SPCC – Arthur's claims are unaffected by this order.

Dated this 5th day of July, 2013.

BY THE COURT:

*John M. Gerrard* (signature)
John M. Gerrard
United States District Judge