IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SPCC - ARTHUR, LLC and MARK HAHN FARMS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> JAMIE SPEARS, <br><br> Defendant. | 4:13-CV-3109 <br><br> ORDER |

This matter is before the Court on plaintiff SPCC – Arthur, LLC's Notice of Dismissal with Prejudice (SPCC – Arthur, LLC Only) (filing 10). Pursuant to Fed. R. Civ. P. 41(a), plaintiff SPCC – Arthur's claims will be dismissed with prejudice.

IT IS ORDERED:

1. Plaintiff' SPCC – Arthur's claims are dismissed with prejudice.

2. All claims having been dismissed, this case is closed.

3. A separate judgment will be entered.

Dated this 27th day of August, 2013.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge